## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MAURICE WILSON** | **CIVIL ACTION NO.: 2:18-cv-04835** |
| **VERSUS** | **SECTION: I (1)** |
| **TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.** | **JUDGE LANCE M. AFRICK** |
| | **MAG. JANIS VAN MEERVELD** |
| | **RULE 9(H)** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AMENDED COMPLAINT FOR DAMAGES UNDER THE JONES ACT, ETC.

**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

Maurice Wilson, through undersigned counsel, amends his Complaint for Damages as follows:

1.

Maurice Wilson is a person of full age and residing in Morton, Mississippi.

2.

Named defendant herein is Transocean Offshore Deepwater Drilling, Inc. (hereinafter "Transocean"), a foreign company authorized to do and doing business in the State of Louisiana and this judicial district at all material times.

3.

Plaintiff re-avers and re-alleges each and every allegation of fact and law contained in Paragraphs 2 through 23 of his Complaint for Damages as if specifically re-pled herein in their entirety.

4.

Plaintiff hereby brings this matter before this Honorable Court as an admiralty or maritime claim under Fed. R. Civ. Proc. Rule 9(h).

5.

Plaintiff further amends his Complaint for Damages as follows:

**FOR A SECOND CAUSE OF ACTION**

6.

Plaintiff re-avers and re-alleges each and every allegation of fact and law contained in Paragraphs 2 through 23 of his Complaint for Damages as if specifically re-pled herein in their entirety.

7.

The events described in Paragraphs 2 through 23 of Plaintiff's Complaint for Damages were caused by the intentional acts of race discrimination and retaliation by Defendant, Transocean, in violation of 42 U.S.C. §1981.

8.

As a consequence of the events and occurrences described in Paragraphs 2 through 23 of Plaintiff's Complaint for Damages and the resulting severe physical, emotional and psychological injuries, Plaintiff has suffered past and future emotional pain and suffering, past lost wages and loss of future earning capacity and fringe benefits, entitling Plaintiff to compensatory and punitive damages in an amount reasonable under the circumstances of this cause.

9.

Jurisdiction of this second cause of action against aforesaid defendant is based upon the general maritime law of the United States.

**WHEREFORE**, Plaintiff, Maurice Wilson, prays for judgment in his favor and against Transocean Offshore Deepwater Drilling, Inc., for compensatory damages and punitive damages in an amount reasonable under the circumstances of this cause, attorneys' fees, for all taxable costs and interest as allowed by law, and for any additional general and equitable relief to which Plaintiff may be entitled to herein.

    Respectfully submitted,

    /s/ Paul M. Sterbcow
    PAUL M. STERBCOW (#17817)
    JESSICA L. IBERT (#33196)
    Lewis, Kullman, Sterbcow & Abramson, LLC
    601 Poydras Street, Suite 2615
    New Orleans, Louisiana 70130
    Telephone: (504) 588-1500
    Facsimile: (504) 588-1514
    sterbcow@lksalaw.com
    jibert@lksalaw.com

**PLEASE WITHHOLD SERVICE:**

**TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.**
Through the Louisiana Long Arm Statute:
Through its Registered Agent:
Capitol Corp. Services, Inc.
206 9th Street, Suite 1300
Austin, TX 78701-4411